387 A.2d 923

Hughes, Appellant, v. Howard.

Argued September 15, 1977. Barry A. Yelen, for appellant; Joseph J. Musto, with him Griffith, Aponick & Musto, for appellee.

Order and judgment affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.